Josephine Gerrard (CBN 303221)
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY EVANSON,<br><br>            Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>            Defendant. | Case No. 2:17-cv-01899-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDERFOR A TWENTY DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The parties stipulate, subject to the approval of the court, Plaintiff be granted a twenty-day extension from the current date February *5*, 2018 as the deadline to file Plaintiff's opening brief. As this case involves a series of labs and medication which are complex it is necessary to research the lengthy labs results and numerous medications involved in this case.

This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including February 25, 2018.

Respectfully Submitted,

January 29, 2018

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff

/s/ Beatrice NA (via email)
BEATRICE NA
Special Assistant United States Attorney,
Social Security Administration

MCGREGOR W. SCOTT
US Attorney for the Eastern District of California

DEBORAH LEE STACHEL
Regional Chief Counsel Social Security Administration

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE