MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GARY EVANSON, | Case No. 2:17-cv-01899-AC |
| Plaintiff, | JOUNT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from March 28, 2018 to April 27, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload for the months of March and April 2018. Defendant's counsel respectfully requests this additional time to expend

////

Joint Stip. & Prop. Order for Ext.; 2:17-cv-01899-AC     1

the necessary time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's response for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: March 26, 2018  /s/ Beatrice Na for Josephine M. Gerrard*
(* As authorized via email on March 26, 2018)
JOSEPHINE M. GERRARD

Attorney for Plaintiff

Dated: March 26, 2018  MCGREGOR W. SCOTT
United States Attorney

By:  /s/ Beatrice Na
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: March 28, 2018.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE